## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Freddie Steve Gray                          :

     Plaintiff,                          :

                       :

vs.                                         :    Civil Action No. 23-CV-143-TFM-MU

                       :

Huntsman Advanced Materials ET AL           :

     Defendant(s)                        :     Jury Trail Demanded

FILED APR 24 '23 AM 11:12 USDCALS

## COMPLAINT

1. Plaintiff resides at 827 Church and Gray Rd Vinegar Bend, AL 36584

2. Name(s) of defendant(s) Huntsman Advance Materials Americas LLC. Huntsman Worley Field Services, Inc.

3. Location of principal office(s) of the named defendant(s) 10003 Woodloch Forest Dr The Woodlands, TX 77380

   5995 Rogerdale Rd Houston TX 77072

4. Nature of business of defendant(s) Chemical Manufacturing Chemical Energy and Resource division

5. Approximate number of individuals employed by defendant(s) 500+

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) X Other acts as specified below: Race and Retaliation

7.  Plaintiff is:

   (A) __X__ Presently employed by the defendant.

   (B) _____ Not presently employed by the defendant.

         The dates of employment were _____

      (1) _____ Plaintiff was discharged.

      (2) _____ Plaintiff was laid off.

      (3) _____ Plaintiff left the job voluntarily.

8.  Defendant(s) discriminated against me on account of my:

   (A) __X__ Race                    _____ Sex

         _____ Color                 _____ National Origin

         _____ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII

of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) _____ Physical disability

         _____ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act,

specifically, 42 U.S.C. § 12117.

   (C) _____ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

Act of 1967, specifically, 29 U.S.C. § 626.

9.  The name(s), race, sex, and the position or title of the individual(s) who allegedly

discriminated against me during the period of my employment with the defendant company is

(are) Jane Kelly (w, F)   Mark Smith (w, M)   Mike Barnett (w, M)
      Huntsman HR Manager  Huntsman EHS Manager  Worley Cite Manager

10.  The alleged discrimination occurred on or about __11-01-21__

11.  The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: I, I complained about race discrimination within their hining practice. On May 27, 2021 I was called into a meeting with Mark Smit and Huntsman HR Managers, Jane Kelly. They accused me of spreading rumers about race discrimination. They aggressively questiond me. II, I was retaliated against because of my complaints of race discrimination. On Nov 1, 2021, Mr. Mike Barnett (Wooley Site Manager) informed me that Huntsman told him that he must terminate or demote me. He said he must follow Huntsman directive. I accepted the demotion of a lower paying job.

12.    The alleged illegal activity took place at _____

Huntsman, McIntosh, AL _____

13.    I filed charges with the Equal Employment Opportunity Commission regarding alleged

discriminatory conduct by defendant(s) on or about _____12/29/2021_____

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission.  This letter was received by me on _____1/25/2023_____

14.    I seek the following relief:

(A)  _X_  Recovery of back pay.

(B)  _X_  Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: _4-24-2023_

_Freddie Steve Gray_
Signature of Plaintiff

Freddie Steve Gray
827 Church and Gray Rd
Vinegar Bend, Ala 36584
Address of Plaintiff

(251) 242-1589
Telephone Number of Plaintiff